AO 442 (Rev. 11/11) Arrest Warrant

FD: 10534372

# UNITED STATES DISTRICT COURT

for the

WESTERN District of TEXAS

RECEIVED
U.S. MARSHALS SERVICE

2018 MAR 21  AM 9: 12

WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   A-18-cr-091 RP |
| | ) | |
| Luis Villagrana (1) | ) | |
| (Aka: Luis Villagrana-Martinez) | ) | |
| *Defendant* | | |

2018 MAR 28  PM 3: 03
FILED
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Luis Villagrana
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to PWID and Distribution of a Controlled Substance- Methamphetamine
21:846 Conspiracy to PWID and Distribution of a Controlled Substance- Cocaine
21:846 Conspiracy to PWID and Distribution of a Controlled Substance- Heroin
18:1956 Money Laundering

Date: 3/20/18

_____
*Issuing officer's signature*

City and state:     Austin, Texas

Andrew W. Austin, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 3/21/18 , and the person was arrested on *(date)* 3/28/18 at *(city and state)* Leander, TX . |
| Date: 3/28/18 |
| _____ *Arresting officer's signature* |
| Kendall K. Hicks, SA *Printed name and title* |